IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHAWN RUTIG,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D21-2968
LT Case No. 2016-CF-1002-A-01

Decision filed April 12, 2022

3.850 Appeal from the Circuit Court
for Lake County,
G. Richard Singeltary, Judge.

Shawn Rutig, Polk City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

      AFFIRMED.


COHEN, HARRIS and WOZNIAK, JJ., concur.